# EXHIBIT B



**Aerofil Technology Inc.**
225 Industrial Park Dr.
Sullivan, MO 63080
Ph: 573-468-5551
Fax: 573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 170023 | 1 |
| INVOICE DATE | |
| 02/06/13 | |

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| SOLD TO | SHIP TO |
|---|---|
| HUDSON ASSOCIATES LLC<br>3421 BRIARFIELD BLVD. SUITE F<br><br>MAUMEE, OH 43537<br>US | HUDSON ASSOCIATES LLC<br>LORNAMEAD C/O KATT<br>8680 SWINEA SUITE 101<br>SOUTHAVEN, MS 38671<br>USA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0194449 | 02/01/13 | 100800 | SU | 020 | 23204 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM<br>HDS,LOR,99060013,AQUA NET,XT<br>SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.302000 | CS | 45,652.46 |
| Lot No. | 163876 | | 27,456.00    163876 | | 13,728.00 |

COMMENTS:

BOL#29020
HDS PO#23204
CUST PO#211589

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

FP109  Paperware ® by Exact Forms℠ • To Reorder Forms (614) 410-2602 • www.exactamerica.com/software-and-services/software/exact-forms    IN4527986

# STRAIGHT BILL OF LADING - SHORT FORM - Original - Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

**KATT LOGISTIC**
Carrier

BOL#: 290204
Date: 02/04/2013
Page: 1 of 1

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery as said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in the Uniform Freight Classification in effect on the date hereof, if this is a rail, or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of said bill of lading, including those on the attachment thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

## SHIPPER (FROM)
AEROFIL TECHNOLOGY, INC
225 INDUSTRIAL DRIVE
SULLIVAN, MO 63080

PRO #:



## CONSIGNEE (SOLD TO)
HUDSON ASSOCIATES
C/O HUDSON ASSOCIATES
3421 BRIARFIELD BLVD, SUITE F
MAUMEE, OH 43537

## DELIVER TO (if different from Consignee)
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHHAVEN, MS 38671

CUST. ORDER/PO#: 23204
DELIVER

ATI ORDER #: 194449

TRK#

**Special Instructions:**
RELEASE NUMBER: 211589

### Third Party Billing Information
**LORNAMEAD**
**175 COOPER AVE.**
**TONAWANDA, NY 14150**

Freight charges are:
**3RD PARTY**

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Sue Jokerst
(Signature of Consignor)

| NO. PKGS. | UM | HM (X) | DESCRIPTION OF ARTICLES, KIND OF PACKAGE, SPECIAL MARKS AND EXCEPTIONS | | WEIGHT (subject to correction) | CLASS | NMFC | SUB |
|---|---|---|---|---|---|---|---|---|
| 39 | SKID | | CONSUMER COMMODITY ORM-D | | 42393 | | | |
| | | | HDS,99060013,LOR, AQUA NET XTR SUPER HOLD | 90-0804I-SM | | | | |
| | | | 39@88 | 3432CS/41184CNS | | | | |
| | | | PO# 23204    ATIO# 194449 | | | | | |

R ___ INT JC  DATE 2/6/13
Gn ___
Acct SS  2/6

| 39 | | | | | 42393 LBS | TOTALS | | |

**MARK "X" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS AS DEFINED IN DOT REGULATIONS**

Trailer Number: 349
Seal Number: 0038530

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby stated by the shipper to be not exceeding _____ PER _____

+ "The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classifications."

+ Shipper's imprint in lieu if stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

SHIPPER'S CERTIFICATION This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.
Per _____

**EMERGENCY RESPONSE NUMBER:**
**CONTACT:**

SHIPPER: AEROFIL TECHNOLOGY, INC
PER:
Shipper Phone # / Fax # / E-mail
573-468-5551     573-860-2943

Received by: HUDSON ASSOCIATES LLC
James Houston  JCA
Carrier/Driver: KATT LOGISTIC
James ___  2-6-13
Receiving & Carrier Signatures    Date

1

v6.10

Star Bill of Lading Software - www.starbol.com