AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH: 573-468-5551
FAX: 573-468-5557

REMIT TO: P.O. BOX 60653 ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 168163 | 1 |
| INVOICE DATE | |
| 01/03/13 | |

SOLD TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0192165 | 01/02/13 | 100800 | SU | 020 | 22518 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805G-SM HDS,LOR,99060011,AQUA NET UNSC XTR HOLD, 12PK/11 OZ UN=EA | 13.219200 | CS | 45,368.29 |
| Lot No. 161945 | | | 696.00 161947 | | 40,488.00 |

COMMENTS:
BOL# 28640

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 45,368.29 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,368.29 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,368.29 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH 573-468-5551
FAX: 573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 168164 | 1 |
| INVOICE DATE | |
| 01/03/13 | |

SOLD TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0192166 | 01/02/13 | 100800 | SU | 020 | 22519 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805G-SM | 13.219200 | CS | 45,368.29 |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 161947 | | 41,184.00 | | | |

COMMENTS:
bol# 28641

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,368.29 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,368.29 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,368.29 |

P109   Paperware ® by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exact.com/exactforms        IN562609

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH.573-468-5551
FAX: 573-468-5557

REMIT TO: P.O. BOX 60653 ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 168568 | 1 |
| INVOICE DATE | |
| 01/09/13 | |

**SOLD TO**
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

**SHIP TO**
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0192353 | 01/04/13 | 100800 | SU | 020 | 22527 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804H-SM<br>HDS,LOR,99060013,AQUA NET,XT<br>SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.302000 | CS | 45,652.46 |
| Lot No. | 162390 | | 48.00   162391 | | 18,960.00 |
| | 162391 | | 22,176.00 | | |

**COMMENTS:**
bol# 28717
po# 22527
hds po# 211589

**CURRENCY: USD**

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

FP109   Paperwate ® by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.ezart.com/exactforms   IN562600



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH 573-468-5551
FAX 573-468-5557

REMIT TO: P.O. BOX 60653 ST. LOUIS MO 63160-0853

| INVOICE NO. | PAGE |
|---|---|
| 168873 | 1 |
| **INVOICE DATE** | |
| 01/14/13 | |

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0192354 | 01/04/13 | 100800 | SU | 020 | 22528 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM | DISC. | NET PRICE |
|---|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804H-SM | 13.302000 | CS | | 45,652.46 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | | |
| Lot No. 162391 | | | 7,392.00 | 162391 | 22,320.00 | |
| 162392 | | | 7,248.00 | 162392 | 4,224.00 | |

COMMENTS:

  bol# 28748
  po# 22528
  hds po# 211589

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH 573-468-5551
FAX: 573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

SOLD
TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0192356 | 01/04/13 | 100800 | SU | 020 | 22529 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-08041-SM HDS,LOR,99060013,AQUA NET,XT SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.302000 | CS | 45,652.46 |
| Lot No. 163875 | | 13,728.00   163875 | | 27,456.00 | |

COMMENTS:
BOL# 28773

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

SP109    Paperware ® by Exact Forms™ • To Reorder Forms (800) 468-0814 ext. 2602 • www.exact.com/exactforms    IN562609

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0192358 | 01/04/13 | 100800 | SU | 020 | 22521 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3372.0000 | 3372.0000 | 90-0805G-SM | 13.219200 | CS | 44,575.14 |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 161948 | | 22,512.00 161948 | | 17,952.00 | |

COMMENTS:

BOL# 28767

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 44,575.14 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 44,575.14 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 44,575.14 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 170023 | 1 |
| **INVOICE DATE** | |
| 02/06/13 | |

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0194449 | 02/01/13 | 100800 | SU | 020 | 23204 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 13.302000 | CS | |
| | | HDS,LOR,99060013,AQUA NET,XT | | | 45,652.46 |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. 163876 | | | 27,456.00  163876 | | 13,728.00 |

COMMENTS:

CURRENCY: USD

BOL#29020
HDS PO#23204
CUST PO#211589

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

P109  Paperware ® by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exact.com/exactforms    IN562609

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
Fax: 573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

SOLD TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0194528 | 02/04/13 | 100800 | SU | 020 | 22505 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1408.0000 | 1408.0000 | 90-0804I-SM<br>HDS,LOR,99060013,AQUA NET,XT<br>SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.302000 | CS | 18,729.22 |
| Lot No.  163876 | | 4,224.00    163877 | | | 12,672.00 |
| 3219.0000 | 3219.0000 | 90-0821B<br>HDS,99050054,FINESSE EXTRA<br>CONTROL HR SPRY UNSC.12PK/7OZ | 12.300000 | CS | 39,593.70 |
| Lot No.  162026 | | 38,628.00 | | | |

COMMENTS:
CURRENCY: USD

bol# 29138
po# 22505
hds po# 211589 / 211623

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 58,322.92 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 58,322.92 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 58,322.92 |

P100    Paperware ® by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exact.com/exactforms    IN562809

AEROFIL TECHNOLOGY INC.
225 Industrial Park Dr.
Sullivan, Mo 63080
Ph:573-468-5551
Fax:573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0194523 | 02/04/13 | 100800 | SU | 020 | 23205 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 13.302000 | CS | |
| | | HDS,LOR,99060013,AQUA NET,XT | | | 45,652.46 |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. 163880 | | 2,112.00  163881 | | | 9,576.00 |
| 163881 | | 14,712.00  163880 | | | 2,112.00 |
| 163881 | | 12,672.00 | | | |

COMMENTS:
CURRENCY: USD

BOL# 29171
PO# 23205
HDS PO# 211589

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

FP109   Paperware © by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exact.com/exactforms   IN562609

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

REMIT TO: P.O. BOX 60953  ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 170834 | 1 |
| **INVOICE DATE** | |
| 02/19/13 | |

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0195510 | 02/15/13 | 100800 | SU | 020 | 22514 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2200.0000 | 2200.0000 | 90-0804I-SM HDS,LOR,99060013,AQUA NET,XT SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.302000 | CS | 29,264.40 |
| Lot No.  163881 | | 26,400.00 | | | |
| 2145.0000 | 2145.0000 | 90-817 HDS,99050059,FINESSE VOLUMZING MOUSSE,12PK/7OZ, UN=EA | 11.640000 | CS | 24,967.80 |
| Lot No.  163963 | | 444.00  163963 | 25,296.00 | | |

COMMENTS:
CURRENCY: USD

bol# 29219
po# 22514
hds po# 211589 / 211540

TERMS: NET 30

| SALE AMOUNT | 54,232.20 |
|---|---|
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 54,232.20 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 54,232.20 |

FP100   Paperware ® by Exact Forms • To Reorder Forms (800) 468-0834 ext. 2602 • www.exact.com/exactforms      IN562609

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH: 573-468-5551
Fax: 573-468-5557

REMIT TO: P.O. BOX 60853 ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 171522 | 1 |
| INVOICE DATE | |
| 02/28/13 | |

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0194460 | 02/01/13 | 100800 | SU | 020 | 22523 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805H-SM | 13.219200 | CS | 45,368.29 |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 163888 | | 2,112.00 | 163889 | | 2,112.00 |
| 165775 | | 528.00 | 163888 | | 1,512.00 |
| 163887 | | 2,292.00 | 163888 | | 876.00 |
| 163889 | | 5,352.00 | 163887 | | 17,916.00 |
| 163889 | | 8,484.00 | | | |

COMMENTS:

CURRENCY: USD

BOL# 29389
PO# 22523
HDS PO3 211590

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,368.29 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,368.29 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,368.29 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
Ph: 573-468-5551
Fax: 573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0194462 | 02/01/13 | 100800 | SU | 020 | 21944 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 257.0000 | 257.0000 | 90-802-E<br>HDS,LOR,99060017,AQUA NET<br>SUPER HOLD SCNTD 12PK/11OZ,U=E | 13.850400 | CS | 3,559.55 |
| Lot No. 156882 | | 3,084.00 | | | |
| 3175.0000 | 3175.0000 | 90-0802F<br>HDS,LOR,99060017,AQUA NET<br>SUPER HOLD SCNTD 12PK/11OZ,U=E | 13.610400 | CS | 43,213.02 |
| Lot No. 161937 | | 38,100.00 | | | |

COMMENTS:

CURRENCY: USD

bol# 29446
po# 21944
hds po# 211471

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 46,772.57 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 46,772.57 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 46,772.57 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

REMIT TO: P.O. BOX 60853  ST. LOUIS MO 63160-0853

| INVOICE NO. | PAGE |
|---|---|
| 171700 | 1 |
| INVOICE DATE | |
| 03/06/13 | |

SOLD TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0194526 | 02/04/13 | 100800 | SU | 020 | 23202 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3344.0000 | 3344.0000 | 90-0805H-SM<br>HDS,LOR,99060011,AQUA NET UNSC<br>XTR HOLD, 12PK/11 OZ UN=EA | 13.219200 | CS | 44,205.00 |
| Lot No. 163888 | | 27,456.00   163889 | | | 10,560.00 |
| 165775 | | 2,112.00 | | | |
| 88.0000 | 88.0000 | 90-0805G-SM<br>HDS,LOR,99060011,AQUA NET UNSC<br>XTR HOLD, 12PK/11 OZ UN=EA | 13.219200 | CS | 1,163.29 |
| Lot No. 161945 | | 1,056.00 | | | |

COMMENTS:
bol# 29455
po# 23202
hds po# 211590

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 45,368.29 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,368.29 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,368.29 |

P109   Paperware ® by Exact Forms™ • To Reorder Forms: (800) 468-0834 ext. 2602 • www.exact.com/exactforms    IN562609

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH 573-468-5551
FAX 573-468-5557

REMIT TO: P.O. BOX 60653 ST. LOUIS MO 63160-0653

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0196486 | 03/01/13 | 100800 | SU | 020 | 22505 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2938.0000 | 2938.0000 | 90-0821B | 12.300000 CS | | 36,137.40 |
| | | HDS,99050054,FINESSE EXTRA | | | |
| | | CONTROL HR SPRY UNSC.12PK/7OZ | | | |
| Lot No. 162026 | | 29,760.00 163195 | | 5,496.00 | |

| COMMENTS: | | |
|---|---|---|
| CURRENCY: USD | SALE AMOUNT | 36,137.40 |
| BOL#29503 | | |
| HDS PO# 211623 | MISC. CHARGES | .00 |
| CUST PO#22505 | FREIGHT | .00 |
| | SALES TAX | .00 |
| | TOTAL | 36,137.40 |
| TERMS: NET 30 | AMOUNT RECEIVED | .00 |
| | BALANCE DUE | 36,137.40 |

**AT**

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 171869 | 1 |
| INVOICE DATE | |
| 03/08/13 | |

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0194524 | 02/04/13 | 100800 | SU | 020 | 22698 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 13.302000 CS | | 45,652.46 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. | 163881 | 72.00      163882 | | | 11,616.00 |
| | 163880 | 11,280.00      163881 | | | 4,560.00 |
| | 163882 | 13,656.00 | | | |

COMMENTS:

BOL#29504
CUST PO#22698
HDS PO211589

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0853

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0194525 | 02/04/13 | 100800 | SU | 020 | 22699-1 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1408.0000 | 1408.0000 | 90-0804I-SM HDS,LOR,99060013,AQUA NET,XT SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.302000 | CS | 18,729.22 |
| Lot No.   163882 | | 16,896.00 | | | |

| COMMENTS: | | |
|---|---|---|
| bol#29503 cust po322699-1 hds po#211589 | | |
| CURRENCY: USD | SALE AMOUNT | 18,729.22 |
| | MISC. CHARGES | .00 |
| | FREIGHT | .00 |
| | SALES TAX | .00 |
| | **TOTAL** | 18,729.22 |
| TERMS: NET 30 | AMOUNT RECEIVED | .00 |
| | **BALANCE DUE** | 18,729.22 |

**AEROFIL TECHNOLOGY INC.**
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH: 573-468-5551
Fax: 573-468-5557

REMIT TO: P.O. BOX 60653 ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 171941 | 1 |
| **INVOICE DATE** | |
| 03/11/13 | |

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0196487 | 03/01/13 | 100800 | SU | 020 | 23206 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM HDS,LOR,99060013,AQUA NET,XT SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.302000 | CS | 45,652.46 |
| Lot No. 163882 | | 41,184.00 | | | |

COMMENTS:

  bol# 29523
  po# 23206
  hds po# 211589

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH 573-468-5551
FAX: 573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 172301 | 1 |
| INVOICE DATE | |
| 03/18/13 | |

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

SAM'S CLUB 6616
629 PLACENTIA AVENUE

FULLERTON, CA 92831
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0197251 | 03/14/13 | 100800 | SU | 060 | 6616612209 | | WESTERN | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1936.0000 | 1936.0000 | 90-0804I-SM | 13.302000 | CS | 25,752.67 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No.   163877 | | 19,008.00   163881 | | | 4,224.00 |

COMMENTS:

BOL# 120760

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 25,752.67 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 25,752.67 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 25,752.67 |

P100   Paperware © by Exact Forms™ • To Reorder: Forms (800) 468-0834 ext. 2602 • www.exact.com/exactforms     INS62609

**AEROFIL TECHNOLOGY INC.**
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0196928 | 03/08/13 | 100800 | SU | 020 | 23428 | | JATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 13.302000 | CS | |
| | | HDS,LOR,99060013,AQUA NET,XT | | | 45,652.46 |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No.  163876 | | 1,020.00 | 163881 | | 36.00 |
| 163877 | | 9,924.00 | 163878 | | 11,196.00 |
| 163881 | | 8,448.00 | 163877 | | 10,560.00 |

COMMENTS:
bol# 29601
po# 23428
hds po# 211589

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
Ph: 573-468-5551
Fax: 573-468-5557

REMIT TO: P.O. BOX 60853  ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 172423 | 1 |
| INVOICE DATE | |
| 03/19/13 | |

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0197007 | 03/11/13 | 100800 | SU | 020 | 21945 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2376.0000 | 2376.0000 | 90-812-A<br>HDS,LOR,99060029,AQUA NET XTR<br>SUPER HOLD SPRAY,12PK/16OZ,U=E | 15.904800 | CS | 37,789.80 |
| Lot No. 158828 | | 5,280.00   160469 | | 23,232.00 | |

COMMENTS:
    CURRENCY: USD
  BOL# 29649
  RELEASE# 211593

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 37,789.80 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 37,789.80 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 37,789.80 |

**ATI**

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
Fax:573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0197729 | 03/22/13 | 100800 | SU | 020 | 23431 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM HDS,LOR,99060013,AQUA NET,XT SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.302000 | CS | 45,652.46 |
| Lot No. | 164699 | 11,616.00  164698 | | | 132.00 |
| | 164699 | 29,436.00 | | | |

COMMENTS:

bol# 29741
po# 23431
hds po# 211589

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 173091 | 1 |
| **INVOICE DATE** | |
| 04/02/13 | |

SOLD
TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0197730 | 03/22/13 | 100800 | SU | 020 | 23432 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-08041-SM | 13.302000 CS | | 45,652.46 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. 164699 | | 21,120.00  164699 | | 17,952.00 | |
| 164700 | | 2,112.00 | | | |

| COMMENTS: | | |
|---|---|---|
| CURRENCY: USD | **SALE AMOUNT** | 45,652.46 |
| bol# 29831 | MISC. CHARGES | .00 |
| po# 23432 | FREIGHT | .00 |
| hds po# 211589 | SALES TAX | .00 |
| | **TOTAL** | 45,652.46 |
| TERMS: NET 30 | AMOUNT RECEIVED | .00 |
| | **BALANCE DUE** | 45,652.46 |

P109   Paperware ® by Exact Forms ® • To Reorder Forms (800) 468-0834 ext. 2602 • www.exact.com/exactforms   IN562609

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH 573-468-5551
FAX 573-468-5557

REMIT TO: P.O. BOX 60653 ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 173334 | 1 |
| INVOICE DATE | |
| 04/08/13 | |

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0198662 | 04/08/13 | 100800 | SU | 020 | 23436 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 13.302000 | CS | 45,652.46 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. 164700 | | 3,168.00 | 164700 | | 2,112.00 |
| 164700 | | 29,568.00 | 164700 | | 5,280.00 |
| 164700 | | 1,056.00 | | | |

COMMENTS:

bol# 29904
po# 23436
hds po# 211589

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

REMIT TO: P.O. BOX 60653  ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 173422 | 1 |
| INVOICE DATE | |
| 04/10/13 | |

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0198663 | 04/08/13 | 100800 | SU | 020 | 23905 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 13.302000 | CS | 45,652.46 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. 164700 | | 2,112.00 | 164700 | | 2,112.00 |
| 164701 | | 27,456.00 | 164700 | | 6,336.00 |
| 164701 | | 3,168.00 | | | |

COMMENTS:
  bol# 29917
  po# 23905
  hds po# 211589

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
Ph. 573-468-5551
Fax 573-468-5557

REMIT TO: P.O. BOX 60663  ST. LOUIS MO 63160-0663

| INVOICE NO. | PAGE |
|---|---|
| 173739 | 1 |
| INVOICE DATE | |
| 04/17/13 | |

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0199046 | 04/12/13 | 100800 | SU | 020 | 23901 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805H-SM | 13.219200 | CS | 45,368.29 |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. | 164707 | 17,952.00    164707 | | 23,232.00 | |

COMMENTS:

BOL#30015
CUST PO#23901
HDS PO#211590

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 45,368.29 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,368.29 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,368.29 |

**ATi** — Aerofil Technology Inc.
225 Industrial Park Dr.
Sullivan, Mo 63080
Ph: 573-468-5551
Fax: 573-468-5557

REMIT TO: P.O. BOX 60653 ST. LOUIS MO 63160-0653

| INVOICE NO. | PAGE |
|---|---|
| 173865 | 1 |
| **INVOICE DATE** | |
| 04/19/13 | |

SOLD TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0199064 | 04/12/13 | 100800 | SU | 020 | 23434-2 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2112.0000 | 2112.0000 | 90-0804I-SM<br>HDS,LOR,99060013,AQUA NET,XT<br>SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.302000 | CS | 28,093.82 |
| Lot No. 167871 | | 25,344.00 | | | |

COMMENTS:

BOL#30074
CUST PO#2343-2
HDS PO#211589

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 28,093.82 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 28,093.82 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 28,093.82 |

P100    Paperware © by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exact.com/exactforms        IN562809



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| | INVOICE NO. | PAGE |
|---|---|---|
| | 174441 | 1 |
| | INVOICE DATE | |
| | 05/02/13 | |

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0199931 | 04/26/13 | 100800 | SU | 020 | 23909 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 13.302000 CS | | 45,652.46 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. | 164700 | | 1,056.00  167868 | 19,008.00 | |
| | 167871 | | 21,120.00 | | |

| COMMENTS: | | |
|---|---|---|
| | SALE AMOUNT | 45,652.46 |

CURRENCY: USD

bol# 30219
po# 23909
hds po# 211589

TERMS: NET 30

| | |
|---|---|
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

P109   Paperware © by Exact Forms™ • To Reorder Forms (800) 468-0834 ed. 2602 • www.exact.com/exactforms   IN562609

 AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
Fax: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000



SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0199934 | 04/26/13 | 100800 | SU | 020 | 24236 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805H-SM | 13.219200 CS | | 45,368.29 |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 167873 | | 1,056.00 167874 | | | 7,392.00 |
| 168065 | | 32,736.00 | | | |

COMMENTS:

CURRENCY: USD

bol# 30218
po# 24236
hds po# 211590

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,368.29 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,368.29 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,368.29 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| INVOICE NO. | PAGE |
|---|---|
| 174534 | 1 |
| INVOICE DATE | |
| 05/03/13 | |

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0199935 | 04/26/13 | 100800 | SU | 020 | 23903 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805H-SM | 13.219200 | CS | 45,368.29 |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 168065 | | 17,952.00  168065 | | | 23,232.00 |

COMMENTS:

bol# 30233
po# 23903
hds po# 211590

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 45,368.29 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,368.29 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,368.29 |

**AEROFIL TECHNOLOGY INC.**
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
Ph: 573-468-5551
Fax: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0199932 | 04/26/13 | 100800 | SU | 020 | 23908 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-08041-SM HDS,LOR,99060013,AQUA NET,XT SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.302000 CS | | 45,652.46 |
| Lot No. 168064 | | 3,168.00 | 168064 | 29,568.00 | |
| 168064 | | 8,448.00 | | | |

COMMENTS:

bol# 30234
po# 23908
hds po# 211589

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |



Aerofil Technology Inc.
225 Industrial Park Dr.
Sullivan, Mo 63080
Ph:573-468-5551
Fax:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| INVOICE NO. | PAGE |
|---|---|
| 174560 | 1 |
| INVOICE DATE | |
| 05/06/13 | |

SOLD TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0199936 | 04/26/13 | 100800 | SU | 020 | 24256 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 314.0000 | 314.0000 | 90-813-A<br>HDS,LOR,99060030,AQUA NET SPR<br>HOLD,UNSCENTED,12PK/16OZ,UN=EA | 15.811200 | CS | 4,964.72 |
| Lot No. 165357 | | 3,768.00 | | | |
| 2038.0000 | 2038.0000 | 90-0813B<br>HDS,LOR,99060030,AQUA NET SPR<br>HOLD,UNSCENTED,12PK/16OZ,UN=EA | 15.571200 | CS | 31,734.11 |
| Lot No. 166805 | | 24,456.00 | | | |

COMMENTS:
CURRENCY: USD

bol# 30244
po# 24256
hds po# 211557

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 36,698.83 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 36,698.83 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 36,698.83 |

P109   Paperware © by Exact Forms • To Reorder Forms (800) 468 0834 ext. 2602 • www.exact.com/exactforms   IN562609

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0200264 | 05/03/13 | 100800 | SU | 020 | 24237-2 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2552.0000 | 2552.0000 | 90-0805H-SM | 13.219200 | CS | |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | 33,735.40 |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 168286 | | 12,672.00 | 168065 | 17,952.00 | |

COMMENTS:

BOL# 30330
RELEASE NUMBER 211590/211600

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 33,735.40 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 33,735.40 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 33,735.40 |

**AEROFIL TECHNOLOGY INC.**
225 Industrial Park Dr.
Sullivan, Mo 63080
Ph:573-468-5551
Fax:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| | |
|---|---|
| INVOICE NO. | PAGE |
| 175207 | 1 |
| INVOICE DATE | |
| 05/20/13 | |

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0200692 | 05/10/13 | 100800 | SU | 020 | 24248 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3344.0000 | 3344.0000 | 90-0803F | 13.526400 | CS | 45,232.28 |
| | | HDS,LOR,99060015,AQUA NET SPR | | | |
| | | HOLD,UNSCENTED,12PK/11OZ,UN=EA | | | |
| Lot No.   164708 | | 684.00   167290 | | 39,444.00 | |

COMMENTS:

bol#30411
cust po#24248
hds po#211470

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,232.28 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,232.28 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,232.28 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
Ph:573-468-5551
Fax:573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 175757 | 1 |
| **INVOICE DATE** | |
| 06/04/13 | |

**Remit To: P.O. Box 798363**
**St. Louis, MO 63179-8000**

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0200691 | 05/10/13 | 100800 | SU | 020 | 24246 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM<br>HDS,LOR,99060013,AQUA NET,XT<br>SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.302000 | CS | 45,652.46 |
| Lot No. 168203 | | 41,184.00 | | | |

COMMENTS:
  bol# 30599
  po# 24246
  hds po# 211589

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

P109   Paperware ® by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exact.com/exactforms   IN562609

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 176051 | 1 |
| **INVOICE DATE** | |
| 06/14/13 | |

**Remit To: P.O. Box 798363**
**St. Louis, MO 63179-8000**

SOLD TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0202233 | 06/07/13 | 100800 | SU | 020 | 24255 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 752.0000 | 752.0000 | 90-812-A | 15.904800 | CS | 11,960.41 |
| | | HDS,LOR,99060029,AQUA NET XTR | | | |
| | | SUPER HOLD SPRAY,12PK/16OZ,U=E | | | |
| Lot No. 158828 | | 12.00 | 160469 | | 5,676.00 |
| 167339 | | 3,336.00 | | | |
| 1624.0000 | 1624.0000 | 90-0812B | 15.664800 | CS | 25,439.64 |
| | | HDS,LOR,99060029,AQUA NET XTR | | | |
| | | SUPER HOLD SPRAY,12PK/16OZ,U=E | | | |
| Lot No. 167291 | | 19,488.00 | | | |

| COMMENTS: | CURRENCY: USD | | |
|---|---|---|---|
| bol# 30727 | | **SALE AMOUNT** | 37,400.05 |
| po# 24255 | | MISC. CHARGES | .00 |
| hds po# 211593 | | FREIGHT | .00 |
| | | SALES TAX | .00 |
| | | TOTAL | 37,400.05 |
| TERMS: NET 30 | | AMOUNT RECEIVED | .00 |
| | | **BALANCE DUE** | 37,400.05 |

**ATi** AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH: 573-468-5651
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0202534 | 06/13/13 | 100800 | SU | 020 | 24247 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 13.302000 | CS | 45,652.46 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| lot No. 168739 | | 11,616.00   168739 | | 29,568.00 | |

| COMMENTS: | | |
|---|---|---|
| BOL#30797 | **CURRENCY: USD** | |
| CUST PO#24247 | | |
| HDS PO#211589 | | |
| | | |
| TERMS: NET 30 | | |

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |

**AEROFIL TECHNOLOGY INC.**
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 176503 | 1 |
| **INVOICE DATE** | |
| 06/25/13 | |

**Remit To: P.O. Box 798363**
**St. Louis, MO 63179-8000**

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0202922 | 06/18/13 | 100800 | SU | 020 | 24718 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 13.302000 CS | | 45,652.46 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. 169992 | | 13,728.00 169992 | | 27,456.00 | |

COMMENTS:
bol# 30849
po# 24718
hds po# 211589

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 45,652.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,652.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,652.46 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 176844 | 1 |
| **INVOICE DATE** | |
| 07/03/13 | |

**Remit To: P.O. Box 798363**
**St. Louis, MO 63179-8000**

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0202925 | 06/18/13 | 100800 | SU | 020 | 24721 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805H-SM | 13.099200 | CS | |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | 44,956.45 |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 168740 | | 11,616.00  169758 | | | 11,616.00 |
| 169760 | | 17,952.00 | | | |

COMMENTS:

CURRENCY: USD

BOL# 30947
RELEASE # 211590

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 44,956.45 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| **TOTAL** | 44,956.45 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 44,956.45 |

**Aerofil Technology Inc.**
225 Industrial Park Dr.
Sullivan, MO 63080
Ph: 573-468-5551
Fax: 573-468-5557

**Remit To: P.O. Box 798363**
**St. Louis, MO 63179-8000**

| SOLD TO | SHIP TO |
|---|---|
| HUDSON ASSOCIATES LLC<br>3421 BRIARFIELD BLVD. SUITE F<br><br>MAUMEE, OH 43537<br>US | HUDSON ASSOCIATES LLC<br>LORNAMEAD C/O KATT<br>8680 SWINEA SUITE 101<br>SOUTHAVEN, MS 38671<br>USA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0202926 | 06/18/13 | 100800 | SU | 020 | 24722 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805H-SM<br>HDS,LOR,99060011,AQUA NET UNSC<br>XTR HOLD, 12PK/11 OZ UN=EA | 13.099200 | CS | 44,956.45 |
| Lot No. 169760 | | 11,616.00    169760 | | | 29,568.00 |

COMMENTS:
  bol# 30952
  po# 24722
  hds po# 211590

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 44,956.45 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 44,956.45 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 44,956.45 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

**Remit To: P.O. Box 798363
St. Louis, MO 63179-8000**

| | INVOICE NO. | PAGE |
|---|---|---|
| | 177277 | 1 |
| | **INVOICE DATE** | |
| | 07/15/13 | |

| SOLD TO | SHIP TO |
|---|---|
| HUDSON ASSOCIATES LLC<br>3421 BRIARFIELD BLVD. SUITE F<br><br>MAUMEE, OH 43537<br>US | HUDSON ASSOCIATES LLC<br>LORNAMEAD C/O KATT<br>8680 SWINEA SUITE 101<br>SOUTHAVEN, MS 38671<br>USA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0203210 | 06/24/13 | 100800 | SU | 020 | 25150 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM<br>HDS,LOR,99060013,AQUA NET,XT<br>SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.182000 | CS | 45,240.62 |
| Lot No. 170096 | | 29,568.00  170482 | | | 1,056.00 |
| 170482 | | 10,560.00 | | | |

| COMMENTS: | CURRENCY: USD | | |
|---|---|---|---|
| BOL# 31037 | | SALE AMOUNT | 45,240.62 |
| | | MISC. CHARGES | .00 |
| | | FREIGHT | .00 |
| | | SALES TAX | .00 |
| | | TOTAL | 45,240.62 |
| TERMS: NET 30 | | AMOUNT RECEIVED | .00 |
| | | BALANCE DUE | 45,240.62 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0204899 | 07/23/13 | 100800 | SU | 020 | 24714 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1473.0000 | 1473.0000 | 98-2000-A HDS,99050056,FINESSE HAIR SPRY EXTRA HOLD,4-3PK/8.5 FLOZ,U=E | 9.369600 | CS | 13,801.42CR |
| Lot No. 168208 | | 17,676.00 | | | |

COMMENTS:
CURRENCY: USD
bol# 30819 PO# 24714 HDS PO 211591
APPLY CREDIT TO INVOICE 176219
QUANTITY ORDER INCORRECT

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 13,801.42CR |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 13,801.42CR |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 13,801.42CR |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 177729 | 1 |

**INVOICE DATE**
07/23/13

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

**SOLD TO**

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

**SHIP TO**

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0204900 | 07/23/13 | 100800 | SU | 020 | 24714 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1468.0000 | 1468.0000 | 98-2000-A | 9.369600 | CS | 13,754.57 |
| | | HDS,99050056,FINESSE HAIR SPRY | | | |
| | | EXTRA HOLD,4-3PK/8.5 FLOZ,U=E | | | |
| Lot No. 168208 | | 17,616.00 | | | |

**COMMENTS:**

CURRENCY: USD
bol#30819 po#24714 HDS PO 211591
REPLACES INVOICE 176219 WITH
CORRECTED QUANTITY

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 13,754.57 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 13,754.57 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 13,754.57 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 177902 | 1 |
| **INVOICE DATE** | |
| 07/26/13 | |

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0202928 | 06/18/13 | 100800 | SU | 020 | 25154 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0803F | 13.526400 | CS | 46,422.60 |
| | | HDS,LOR,99060015,AQUA NET SPR | | | |
| | | HOLD,UNSCENTED,12PK/11OZ,UN=EA | | | |
| Lot No. 167290 | | 432.00 169242 | | 40,752.00 | |

| COMMENTS: | | |
|---|---|---|
| CURRENCY: USD | SALE AMOUNT | 46,422.60 |
| bol# 31221 | | |
| po# 25154 | MISC. CHARGES | .00 |
| hds po# 211470 | FREIGHT | .00 |
| | SALES TAX | .00 |
| | TOTAL | 46,422.60 |
| TERMS: NET 30 | AMOUNT RECEIVED | .00 |
| | BALANCE DUE | 46,422.60 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH:573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| INVOICE NO. | PAGE |
|---|---|
| 178199 | 1 |
| INVOICE DATE | |
| 08/01/13 | |

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0205067 | 07/29/13 | 100800 | SU | 020 | 25153 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM | DISC. | NET PRICE |
|---|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-08041-SM HDS,LOR,99060013,AQUA NET,XT SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.182000 | CS | | 45,240.62 |
| Lot No. 170979 | | 19,008.00  170979 | | | 17,952.00 | |
| 170766 | | 4,224.00 | | | | |

COMMENTS:

    CURRENCY: USD

BOL#31295
CUST PO#25153
HDS PO#211589

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,240.62 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,240.62 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,240.62 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0202948 | 06/19/13 | 100800 | SU | 020 | 22511 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2088.0000 | 2088.0000 | 90-818-A | 10.906800 | CS | 22,773.40 |
| | | HDS,99050058,FINESSE AE EXTRA | | | |
| | | CONTROL MOUSSE,12PK/7OZ, UN=EA | | | |
| Lot No. 150436 | | 25,056.00 | | | |

| COMMENTS: | | |
|---|---|---|
| CURRENCY: USD | SALE AMOUNT | 22,773.40 |
| BOL#31388 | MISC. CHARGES | .00 |
| CUST PO#22511 | FREIGHT | .00 |
| HDS PO#211539 | SALES TAX | .00 |
| | TOTAL | 22,773.40 |
| TERMS: NET 30 | AMOUNT RECEIVED | .00 |
| | BALANCE DUE | 22,773.40 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| INVOICE NO. | PAGE |
|---|---|
| 178407 | 1 |
| INVOICE DATE | |
| 08/07/13 | |

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0205508 | 08/02/13 | 100800 | SU | 020 | 24716-3 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2200.0000 | 2200.0000 | 90-0805H-SM<br>HDS,LOR,99060011,AQUA NET UNSC<br>XTR HOLD, 12PK/11 OZ UN=EA | 13.099200 | CS | 28,818.24 |
| Lot No. 171886 | | 19,008.00  170983 | | 7,392.00 | |

COMMENTS:
  bol#31388
  cust po#24716-3
  hds po#211590

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 28,818.24 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 28,818.24 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 28,818.24 |



Aerofil Technology Inc.
225 Industrial Park Dr.
Sullivan, Mo 63080
Ph:573-468-5551
Fax:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0206313 | 08/14/13 | 100800 | SU | 020 | 26771 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1584.0000 | 1584.0000 | 90-0804I-SM HDS,LOR,99060013,AQUA NET,XT SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.182000 | CS | 20,880.29 |
| Lot No. 171416 | | 16,896.00    171416 | | | 2,112.00 |

COMMENTS:

CURRENCY: USD

bol# 31504
po# 26771
hds po# 211589

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 20,880.29 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 20,880.29 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 20,880.29 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH 573-468-5551
FAX 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| SOLD TO | SHIP TO |
|---|---|
| HUDSON ASSOCIATES LLC<br>3421 BRIARFIELD BLVD. SUITE F<br><br>MAUMEE, OH 43537<br>US | HUDSON ASSOCIATES LLC<br>LORNAMEAD C/O KATT<br>8680 SWINEA SUITE 101<br>SOUTHAVEN, MS 38671<br>USA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0205078 | 07/29/13 | 100800 | SU | 020 | 25158 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805H-SM<br>HDS,LOR,99060011,AQUA NET UNSC<br>XTR HOLD, 12PK/11 OZ UN=EA | 13.099200 | CS | 44,956.45 |
| Lot No. 171943 | | 15,840.00   171943 | | 21,120.00 | |
| 171943 | | 4,224.00 | | | |

| | | |
|---|---|---|
| COMMENTS:<br>bol# 31478<br>po# 25158<br>hds po# 211590<br><br>TERMS: NET 30 | CURRENCY: USD | |

| | |
|---|---|
| SALE AMOUNT | 44,956.45 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 44,956.45 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 44,956.45 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0202736 | 06/17/13 | 100800 | SU | 020 | 25802 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM | DISC. | NET PRICE |
|---|---|---|---|---|---|---|
| 753.0000 | 753.0000 | 98-2000-A | 9.369600 | CS | | 7,055.31 |
| | | HDS,99050056,FINESSE HAIR SPRY | | | | |
| | | EXTRA HOLD,4-3PK/8.5 FLOZ,U=E | | | | |
| Lot No. 170271 | | 9,036.00 | | | | |

COMMENTS:
                CURRENCY: USD
  bol# 31504
  po# 25802
  hds po# 211591

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 7,055.31 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 7,055.31 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 7,055.31 |



AeroFil Technology Inc.
225 Industrial Park Dr.
Sullivan, Mo 63080
Ph 573-468-5551
Fax: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0203367 | 06/27/13 | 100800 | SU | 020 | 26039 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM. DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2061.0000 | 2061.0000 | 90-819 | 12.612000 | CS | 25,993.33 |
| | | HDS,99050058B,FINESSE AE EXTRA | | | |
| | | CONTROL MOUSSE,12PK/9.3OZ, U=E | | | |
| Lot No. 161305 | | 24,732.00 | | | |

COMMENTS:

CURRENCY: USD

bol# 31504
po# 26039
hds po# 211595

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 25,993.33 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 25,993.33 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 25,993.33 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH:573-468-5551
Fax:573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 179501 | 1 |
| INVOICE DATE | |
| 08/30/13 | |

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0202737 | 06/17/13 | 100800 | SU | 020 | 25803 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1403.0000 | 1403.0000 | 98-2000B HDS,99050056,FINESSE HAIR SPRY EXT HLD,W/PRO.4-3PK/8.5OZ, U=E | 9.369600 | CS | 13,145.55 |
| Lot No. 171555 | | 15,420.00 | 172199 | | 1,416.00 |

COMMENTS:

bol# 31661
po# 25803
hds po# 211591

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 13,145.55 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 13,145.55 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 13,145.55 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0203308 | 06/26/13 | 100800 | SU | 020 | 25802 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 695.0000 | 695.0000 | 98-2000B | 9.369600 | CS | 6,511.87 |
| | | HDS,99050056,FINESSE HAIR SPRY | | | |
| | | EXT HLD,W/PRO.4-3PK/8.5OZ, U=E | | | |
| Lot No. 170954 | | 8,340.00 | | | |

| COMMENTS: | | |
|---|---|---|
| CURRENCY: USD | SALE AMOUNT | 6,511.87 |
| bol# 31661 | MISC. CHARGES | .00 |
| po# 25802 | FREIGHT | .00 |
| hds po# 211591 | SALES TAX | .00 |
| | TOTAL | 6,511.87 |
| TERMS: NET 30 | AMOUNT RECEIVED | .00 |
| | BALANCE DUE | 6,511.87 |

**AEROFIL TECHNOLOGY INC.**
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH:573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0207070 | 08/28/13 | 100800 | SU | 020 | 24254 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2112.0000 | 2112.0000 | 90-0804I-SM | 13.182000 | CS | |
| | | HDS,LOR,99060013,AQUA NET,XT | | | 27,840.38 |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. 171417 | | 11,616.00   171417 | | 13,728.00 | |

COMMENTS:

CURRENCY: USD

bol# 31661
po# 24254
hds po# 211589

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 27,840.38 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 27,840.38 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 27,840.38 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 179683 | 1 |
| **INVOICE DATE** | |
| 09/05/13 | |

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0207139 | 08/30/13 | 100800 | SU | 020 | 26999 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2552.0000 | 2552.0000 | 90-0805H-SM | 13.099200 | CS | |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | 33,429.16 |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. | 172326 | | 6,336.00  172326 | 19,008.00 | |
| | 173318 | | 5,280.00 | | |

COMMENTS:

BOL#31735
HDS PO#211590
CUST PO#26999

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 33,429.16 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| **TOTAL** | 33,429.16 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 33,429.16 |

P109   Paperware © by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exact.com/exactforms     IN562809

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH. 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0206744 | 08/23/13 | 100800 | SU | 020 | 26161 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM HDS,LOR,99060013,AQUA NET,XT SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.182000 | CS | 45,240.62 |
| Lot No. 172572 | | 25,344.00 172016 | | 15,840.00 | |

COMMENTS:

CURRENCY: USD

BOL#31780
HDS PO#211589
CUST PO#26161

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,240.62 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,240.62 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,240.62 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
Ph:573-468-5551
Fax:573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 180057 | 1 |
| **INVOICE DATE** | |
| 09/13/13 | |

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0206745 | 08/23/13 | 100800 | SU | 020 | 26162 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-08041-SM | 13.182000 | CS | |
| | | HDS,LOR,99060013,AQUA NET,XT | | | 45,240.62 |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. 172572 | | 2,112.00 | 172572 | 11,616.00 | |
| 172572 | | 27,456.00 | | | |

COMMENTS:

CURRENCY: USD

bol# 31826
po# 26162
hds po# 211589

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,240.62 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,240.62 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,240.62 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 180216 | 1 |
| **INVOICE DATE** | |
| 09/18/13 | |

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0206749 | 08/23/13 | 100800 | SU | 020 | 26156 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805H-SM | 13.099200 | CS | 44,956.45 |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 172746 | | 20,064.00  173444 | | 21,120.00 | |

COMMENTS:

    CURRENCY: USD

bol# 31865
po# 26156
hds po# 211590

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 44,956.45 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 44,956.45 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 44,956.45 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0203363 | 06/27/13 | 100800 | SU | 020 | 26035 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2084.0000 | 2084.0000 | 90-0821B HDS,99050054,FINESSE EXTRA CONTROL HR SPRY UNSC.12PK/7OZ | 12.300000 | CS | 25,633.20 |
| Lot No. | 171132 | 25,008.00 | | | |

COMMENTS:

CURRENCY: USD

bol# 31915
po# 26035
hds po# 211623

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 25,633.20 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 25,633.20 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 25,633.20 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0207961 | 09/12/13 | 100800 | SU | 020 | 26035 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2024.0000 | 2024.0000 | 90-0805H-SM | 13.099200 | CS | 26,512.78 |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 172746 | | 21,120.00 172746 | | | 3,168.00 |

COMMENTS:
bol# 31915
po# 26035
hds po# 211590

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 26,512.78 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 26,512.78 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 26,512.78 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| INVOICE NO. | PAGE |
| --- | --- |
| 180413 | 1 |
| INVOICE DATE | |
| 09/20/13 | |

SOLD
TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0208302 | 09/18/13 | 100800 | SU | 020 | 26037 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
| --- | --- | --- | --- | --- | --- |
| 2024.0000 | 2024.0000 | 90-0804I-SM<br>HDS,LOR,99060013,AQUA NET,XT<br>SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.182000 | CS | 26,680.37 |
| Lot No. | 172572 | 24,288.00 | | | |

COMMENTS:
        CURRENCY: USD
bol# 31850    po# 26037
hds po# 211589
replaces INVOICE 180116

TERMS: NET 30

| | |
| --- | --- |
| SALE AMOUNT | 26,680.37 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 26,680.37 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 26,680.37 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0206747 | 08/23/13 | 100800 | SU | 020 | 26164 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 13.182000 | CS | 45,240.62 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. 172327 | | 396.00 | 172572 | | 6,336.00 |
| 172745 | | 8,052.00 | 172745 | | 26,400.00 |

COMMENTS:

CURRENCY: USD

bol# 31973
po# 26164
hds po# 211589

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,240.62 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,240.62 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,240.62 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0203364 | 06/27/13 | 100800 | SU | 020 | 26036 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1514.0000 | 1514.0000 | 90-0821B | 12.300000 | CS | 18,622.20 |
| | | HDS,99050054,FINESSE EXTRA | | | |
| | | CONTROL HR SPRY UNSC.12PK/7OZ | | | |
| Lot No. 171132 | | 18,168.00 | | | |

COMMENTS:

bol# 32016
po# 26036
hds po# 211623

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 18,622.20 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 18,622.20 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 18,622.20 |



Aerofil Technology Inc.
225 Industrial Park Dr.
Sullivan, MO 63080
Ph 573-468-5551
Fax: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000



| INVOICE NO. | PAGE |
|---|---|
| 180727 | 1 |
| **INVOICE DATE** | |
| 09/27/13 | |

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0208759 | 09/26/13 | 100800 | SU | 020 | 26036 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM | DISC. | NET PRICE |
|---|---|---|---|---|---|---|
| 2376.0000 | 2376.0000 | 90-0805H-SM | 13.099200 | CS | | 31,123.70 |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | | |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | | |
| Lot No. | 172746 | | 8,448.00 172746 | | 10,560.00 | |
| | 172908 | | 9,504.00 | | | |

COMMENTS:

CURRENCY: USD

bol# 32016
po# 26036
hds po# 211590

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 31,123.70 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 31,123.70 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 31,123.70 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH 573-468-5551
Fax 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD, SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0208670 | 09/25/13 | 100800 | SU | 020 | 26166 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 13.182000 CS | | 45,240.62 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. 172745 | | 2,112.00 | 172907 | | 5,280.00 |
| 172907 | | 6,336.00 | 172907 | | 27,456.00 |

COMMENTS:

CURRENCY: USD

bol# 32048
po# 26166
hds po# 211589

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 45,240.62 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 45,240.62 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 45,240.62 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0208672 | 09/25/13 | 100800 | SU | 020 | 26632 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 13.182000 | CS | 45,240.62 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. 173351 | | 11,616.00 | 173351 | | 27,456.00 |
| 173351 | | 2,112.00 | | | |

| COMMENTS: | | |
|---|---|---|
| CURRENCY: USD | SALE AMOUNT | 45,240.62 |
| bol#2087 | MISC. CHARGES | .00 |
| po# 26632 | FREIGHT | .00 |
| hds po# 211589 | SALES TAX | .00 |
| | TOTAL | 45,240.62 |
| TERMS: NET 30 | AMOUNT RECEIVED | .00 |
| | **BALANCE DUE** | 45,240.62 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH.573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| INVOICE NO. | PAGE |
|---|---|
| 181124 | 1 |
| INVOICE DATE | |
| 10/08/13 | |

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0206003 | 08/09/13 | 100800 | SU | 020 | 26617 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2376.0000 | 2376.0000 | 90-0812B | 15.664800 | CS | 37,219.56 |
| | | HDS,LOR,99060029,AQUA NET XTR | | | |
| | | SUPER HOLD SPRAY,12PK/16OZ,U=E | | | |
| Lot No. | 169243 | | 564.00  172560 | 27,948.00 | |

COMMENTS:

CURRENCY: USD

bol# 32124
po# 26617
hds po# 211593

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 37,219.56 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 37,219.56 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 37,219.56 |

P109   Paperware © by Exact Forms™ • To Reorder Forms (800) 468-0834 ext. 2602 • www.exact.com/exactforms        IN562609



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH:573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0208665 | 09/25/13 | 100800 | SU | 020 | 26158 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805H-SM | 13.099200 | CS | |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | 44,956.45 |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 173544 | | 13,728.00 | 173544 | | 19,008.00 |
| 173544 | | 6,336.00 | 173544 | | 2,112.00 |

COMMENTS:

CURRENCY: USD

bol# 32106
po# 26158
hds po# 211590

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 44,956.45 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 44,956.45 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 44,956.45 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH.573-468-5551
FAX:573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 181200 | 1 |
| INVOICE DATE | |
| 10/09/13 | |

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0204463 | 07/16/13 | 100800 | SU | 020 | 26174 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2017.0000 | 2017.0000 | 90-818-A<br>HDS,99050058,FINESSE AE EXTRA<br>CONTROL MOUSSE,12PK/7OZ, UN=EA | 10.906800 | CS | 21,999.02 |
| Lot No. 171133 | | 24,204.00 | | | |
| 8.0000 | 8.0000 | 90-818<br>HDS,99050058,FINESSE AE EXTRA<br>CONTROL MOUSSE,12PK/7OZ, UN=EA | 10.906800 | CS | 87.25 |
| Lot No. 174104 | | 96.00 | | | |

COMMENTS:

CURRENCY: USD

bol#32165
cust po#26174
hds po#211539

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 22,086.27 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 22,086.27 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 22,086.27 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH:573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0206750 | 08/23/13 | 100800 | SU | 020 | 27582 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2200.0000 | 2200.0000 | 90-0805H-SM | 13.099200 | CS | |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | 28,818.24 |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 173544 | | 6,336.00 173544 | | | 10,560.00 |
| 173544 | | 9,504.00 | | | |

COMMENTS:
BOL#32165
CUST PO#27582
HDS PO#211590

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 28,818.24 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 28,818.24 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 28,818.24 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| SOLD TO | SHIP TO |
|---|---|
| HUDSON ASSOCIATES LLC | HUDSON ASSOCIATES LLC |
| 3421 BRIARFIELD BLVD. SUITE F | LORNAMEAD C/O KATT |
| | 8680 SWINEA SUITE 101 |
| MAUMEE, OH 43537 | SOUTHAVEN, MS 38671 |
| US | USA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0208674 | 09/25/13 | 100800 | SU | 020 | 26157 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2640.0000 | 2640.0000 | 90-0805H-SM HDS,LOR,99060011,AQUA NET UNSC XTR HOLD, 12PK/11 OZ UN=EA | 13.099200 | CS | 34,581.89 |
| Lot No. | 173544 | | 14,784.00 | 173544 | 7,392.00 |
| | 173833 | | 9,504.00 | | |

COMMENTS:

CURRENCY: USD

bol# 32229
po# 26157
hds po# 211589

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 34,581.89 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 34,581.89 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 34,581.89 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH 573-468-5551
FAX 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0205905 | 08/08/13 | 100800 | SU | 020 | 26615 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1543.0000 | 1543.0000 | 98-2000B HDS,99050056,FINESSE HAIR SPRY EXT HLD,W/PRO.4-3PK/8.5OZ, U=E | 9.369600 | CS | 14,457.29 |
| Lot No. 172459 | | | 16,740.00 174180 | 1,776.00 | |

COMMENTS:
   bol# 32229
   po# 26615
   hds po# 211591

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 14,457.29 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 14,457.29 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 14,457.29 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| SOLD TO | SHIP TO |
|---|---|
| HUDSON ASSOCIATES LLC<br>3421 BRIARFIELD BLVD. SUITE F<br><br>MAUMEE, OH 43537<br>US | HUDSON ASSOCIATES LLC<br>LORNAMEAD C/O KATT<br>8680 SWINEA SUITE 101<br>SOUTHAVEN, MS 38671<br>USA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0208669 | 09/25/13 | 100800 | SU | 020 | 27581 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2552.0000 | 2552.0000 | 90-0804I-SM<br>HDS,LOR,99060013,AQUA NET,XT<br>SPRAY HOLD(SUPERMRKT)12PK/11OZ | 13.182000 | CS | 33,640.46 |
| Lot No. 174027 | | 17,952.00    174027 | | 12,672.00 | |

COMMENTS:
bol# 32415
po# 27581
hds po# 211589

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 33,640.46 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 33,640.46 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 33,640.46 |

AEROFIL TECHNOLOGY INC.
225 Industrial Park Dr.
Sullivan, Mo 63080
Ph:573-468-5551
Fax:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0206007 | 08/09/13 | 100800 | SU | 020 | 26612 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2145.0000 | 2145.0000 | 90-0821B | 12.300000 | CS | 26,383.50 |
| | | HDS,99050054,FINESSE EXTRA | | | |
| | | CONTROL HR SPRY UNSC.12PK/7OZ | | | |
| Lot No.  172562 | | 8,988.00 | 172562 | 16,752.00 | |

COMMENTS:

BOL#32480
CUST PO#211623

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 26,383.50 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 26,383.50 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 26,383.50 |

Aerofil Technology Inc.
225 Industrial Park Dr.
Sullivan, Mo 63080
Ph:573-468-5551

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0208668 | 09/25/13 | 100800 | SU | 020 | 26620 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 528.0000 | 528.0000 | 90-0805H-SM | 12.799200 | CS | 6,757.98 |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 173833 | | 6,336.00 | | | |

COMMENTS:

BOL#32480
CUST PO#211590

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 6,757.98 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 6,757.98 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 6,757.98 |

AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| INVOICE NO. | PAGE |
|---|---|
| 184431 | 1 |
| **INVOICE DATE** | |
| 11/04/13 | |

| SOLD TO | SHIP TO |
|---|---|
| HUDSON ASSOCIATES LLC<br>3421 BRIARFIELD BLVD. SUITE F<br><br>MAUMEE, OH 43537<br>US | HUDSON ASSOCIATES LLC<br>LORNAMEAD C/O KATT<br>8680 SWINEA SUITE 101<br>SOUTHAVEN, MS 38671<br>USA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0211079 | 10/02/13 | 100800 | SU | 020 | 26038 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1804.0000 | 1804.0000 | 90-0821B<br>HDS,99050054,FINESSE EXTRA<br>CONTROL HR SPRY UNSC.12PK/7OZ | 12.300000 | CS | 22,189.20 |
| Lot No. 172562 | | 21,648.00 | | | |

COMMENTS:
bol#32480
cust po#26612

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 22,189.20 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 22,189.20 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 22,189.20 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| INVOICE NO. | PAGE |
|---|---|
| 184741 | 1 |
| **INVOICE DATE** | |
| 11/08/13 | |

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0213057 | 11/01/13 | 100800 | SU | 020 | 27148 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM | DISC. | NET PRICE |
|---|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 12.882000 | CS | | 44,211.02 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | | |
| Lot No. 174258 | | 2,112.00 175444 | | | | 3,168.00 |
| 174258 | | 10,560.00 174258 | | | | 25,344.00 |

| COMMENTS: | CURRENCY: USD | | |
|---|---|---|---|
| bol#32542 | | **SALE AMOUNT** | 44,211.02 |
| release#211589 | | MISC. CHARGES | .00 |
| | | FREIGHT | .00 |
| | | SALES TAX | .00 |
| | | **TOTAL** | 44,211.02 |
| TERMS: NET 30 | | AMOUNT RECEIVED | .00 |
| | | **BALANCE DUE** | 44,211.02 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0213067 | 11/01/13 | 100800 | SU | 020 | 27136 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 1936.0000 | 1936.0000 | 90-0805H-SM | 12.799200 | CS | 24,779.25 |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 174028 | | 17,952.00 174028 | | | 5,280.00 |

COMMENTS:
BOL#32539
RELEASE#211590

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| **SALE AMOUNT** | 24,779.25 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 24,779.25 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | 24,779.25 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH:573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| | INVOICE NO. | PAGE |
|---|---|---|
| | 185249 | 1 |
| | INVOICE DATE | |
| | 11/21/13 | |

SOLD
TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0213069 | 11/01/13 | 100800 | SU | 020 | 27033 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 2552.0000 | 2552.0000 | 90-0805H-SM | 12.799200 | CS | 32,663.56 |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 174259 | | 19,008.00 174028 | | 11,616.00 | |

COMMENTS:
  bol# 32699
  po# 27033
  hds po# 211590

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 32,663.56 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 32,663.56 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 32,663.56 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0213062 | 11/01/13 | 100800 | SU | 020 | 27149 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-08041-SM | 12.882000 | CS | 44,211.02 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD (SUPERMRKT) 12PK/11OZ | | | |
| Lot No. | 175364 | 26,400.00 | 175019 | 12,672.00 | |
| | 174258 | 1,056.00 | 175019 | 1,056.00 | |

COMMENTS:

BOL# 32785
RELEASE# 211589

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 44,211.02 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 44,211.02 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 44,211.02 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0214867 | 11/25/13 | 100800 | SU | 020 | 27673 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805H-SM | 12.799200 | CS | |
| | | HDS,LOR,99060011,AQUA NET UNSC | | | 43,926.85 |
| | | XTR HOLD, 12PK/11 OZ UN=EA | | | |
| Lot No. 175876 | | 21,120.00 174259 | | | 1,056.00 |
| 175876 | | 9,504.00 175365 | | | 9,504.00 |

COMMENTS:
bol#32870
release#211590

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 43,926.85 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 43,926.85 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 43,926.85 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO
HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO
HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0214858 | 11/25/13 | 100800 | SU | 020 | 27150 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 12.882000 | CS | 44,211.02 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. 175875 | | 13,728.00 | 175364 | | 1,056.00 |
| 175364 | | 2,112.00 | 175541 | | 24,288.00 |

COMMENTS:
CURRENCY: USD

BOL# 32899
RELEASE# 211589

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 44,211.02 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 44,211.02 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 44,211.02 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH: 573-468-5551
FAX: 573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 186214 | 1 |
| INVOICE DATE | |
| 12/11/13 | |

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0214860 | 11/25/13 | 100800 | SU | 020 | 27677 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM | 12.882000 | CS | 44,211.02 |
| | | HDS,LOR,99060013,AQUA NET,XT | | | |
| | | SPRAY HOLD(SUPERMRKT)12PK/11OZ | | | |
| Lot No. | 176215 | 1,056.00 | 176215 | | 27,456.00 |
| | 175875 | 5,280.00 | 176215 | | 7,392.00 |

COMMENTS:

bol#32949
hds po# 211589

TERMS: NET 30

CURRENCY: USD

| | |
|---|---|
| SALE AMOUNT | 44,211.02 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 44,211.02 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 44,211.02 |

P109   Paperware™ by Exact Forms™ • To Reorder Forms (614) 410-2602 • www.exactamerica.com/software-and-services/software/exact-forms   IN4038155



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-5551
FAX:573-468-5557

| INVOICE NO. | PAGE |
|---|---|
| 186402 | 1 |
| INVOICE DATE | |
| 12/16/13 | |

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0214862 | 11/25/13 | 100800 | SU | 020 | 27678 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0804I-SM HDS,LOR,99060013,AQUA NET,XT SPRAY HOLD(SUPERMRKT)12PK/11OZ | 12.882000 | CS | 44,211.02 |
| Lot No. | 176215 | 12,672.00  176215 | | | 9,504.00 |
| | 176215 | 15,840.00  176215 | | | 3,168.00 |

| COMMENTS: | | | |
|---|---|---|---|
| CURRENCY: USD | | SALE AMOUNT | 44,211.02 |
| BOL# 32971 | | | |
| RELEASE# 211589 | | MISC. CHARGES | .00 |
| | | FREIGHT | .00 |
| | | SALES TAX | .00 |
| | | TOTAL | 44,211.02 |
| TERMS: NET 30 | | AMOUNT RECEIVED | .00 |
| | | BALANCE DUE | 44,211.02 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, Mo 63080
PH: 573-468-5551
FAX: 573-468-5557

Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

SOLD
TO

HUDSON ASSOCIATES LLC
3421 BRIARFIELD BLVD. SUITE F

MAUMEE, OH 43537
US

SHIP
TO

HUDSON ASSOCIATES LLC
LORNAMEAD C/O KATT
8680 SWINEA SUITE 101
SOUTHAVEN, MS 38671
USA

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0214872 | 11/25/13 | 100800 | SU | 020 | 28024 | | TRUCK | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-0805H-SM<br>HDS,LOR,99060011,AQUA NET UNSC<br>XTR HOLD, 12PK/11 OZ UN=EA | 12.799200 | CS | 43,926.85 |
| Lot No. 176639 | | 20,064.00 176639 | | 21,120.00 | |

COMMENTS:
  bol# 33147
  po# 28024
  hds po# 211590

CURRENCY: USD

TERMS: NET 30

| | |
|---|---|
| SALE AMOUNT | 43,926.85 |
| MISC. CHARGES | .00 |
| FREIGHT | .00 |
| SALES TAX | .00 |
| TOTAL | 43,926.85 |
| AMOUNT RECEIVED | .00 |
| BALANCE DUE | 43,926.85 |



AEROFIL TECHNOLOGY INC.
225 INDUSTRIAL PARK DR.
SULLIVAN, MO 63080
PH:573-468-6551
FAX:573-468-5557



Remit To: P.O. Box 798363
St. Louis, MO 63179-8000

| INVOICE NO. | PAGE |
|---|---|
| 186402 | 1 |
| INVOICE DATE | |
| 12/16/13 | |

| SOLD TO | SHIP TO |
|---|---|
| HUDSON ASSOCIATES LLC<br>3421 BRIARFIELD BLVD. SUITE F<br><br>MAUMEE, OH 43537<br>US | HUDSON ASSOCIATES LLC<br>LORNAMEAD C/O KATT<br>8680 SWINEA SUITE 101<br>SOUTHAVEN, MS 38671<br>USA |

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC. | SLSMN | PURCHASE ORD. NO. | JOB NUMBER | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 0214862 | 11/25/13 | 100800 | SU | 020 | 27678 | | KATT | |

| QTY. ORDER/B.O. | QTY. SHIP/RETURN | ITEM NO./DESCRIPTION | UNIT PRICE | UOM DISC. | NET PRICE |
|---|---|---|---|---|---|
| 3432.0000 | 3432.0000 | 90-08041-SM<br>HDS,LOR,99060013,AQUA NET,XT<br>SPRAY HOLD (SUPERMRKT)12PK/11OZ | 12.882000 CS | | 44,211.02 |
| Lot No. 176215 | | 12,672.00 | 176215 | 9,504.00 | |
| 176215 | | 15,840.00 | 176215 | 3,168.00 | |

| COMMENTS:<br>BOL# 32971<br>RELEASE# 211589<br><br>TERMS: NET 30 | CURRENCY: USD | | |
|---|---|---|---|
| | SALE AMOUNT | 44,211.02 | |
| | MISC. CHARGES | .00 | |
| | FREIGHT | .00 | |
| | SALES TAX | .00 | |
| | TOTAL | 44,211.02 | |
| | AMOUNT RECEIVED | .00 | |
| | BALANCE DUE | 44,211.02 | |